USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/2/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

WALDEMAR ROPEL and KRYSTYNA ROPEL,

                Plaintiffs,

-against-

1 WORLD TRADE CENTER L.L.C. et al.,

                Defendants.

------------------------------------------------------------- x

**ORDER TERMINATING STRUCTURE TONE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

06 Civ. 1520 (AKH)
21 MC 102 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      In light of the stipulation of discontinuance in reference to Two and Four World Financial Center only (Doc. No. 152), Structure Tone, Inc. s/h/a Structure Tone (UK), Inc. and Structure Tone Global Services, Inc.'s first motion for summary judgment is denied as moot.

      The Clerk shall mark the motion (Doc. No. 140) terminated.

SO ORDERED.

Dated:      June 26, 2014
               New York, New York

                                          ALVIN K. HELLERSTEIN
                                          United States District Judge